UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

REGINALD McDONALD,

        Petitioner,

vs.

STEPHANIE HUMPHREY, *et al.*,

        Respondents.

3:10-cv-0149-RCJ-VPC

**ORDER**

      This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. On September 3, 2010, petitioner filed a motion to submit supplemental exhibits that he inadvertently omitted when he filed his petition. (ECF No. 17.) Good cause appearing, petitioner's motion is **GRANTED.** The clerk **SHALL DETACH** the exhibits and file them separately as "Supplemental Exhibits to Petition."

      Petitioner also moves for a copy of his response to respondents' answer, including all attached exhibits. (ECF No. 18.) Although petitioner is proceeding *in forma pauperis*, he is not entitled to any and all copies that he desires of documents he has filed. *See Anderson v. Gillis*, 236 Fed. Appx. 738, 739 (3d Cir. 2007) (unpublished). However, petitioner may obtain a copy of this document by submitting the appropriate fee to the clerk's office. The clerk **SHALL SEND**

1 petitioner a letter describing the cost of copies and the anticipated cost of copying his response and
2 exhibits.
3     The court advises petitioner that his petition for habeas corpus is fully briefed.  The court will
4 address the merits of the petition in due course.

    DATED this 26th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE