UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| REGINALD McDONALD, | ) | |
| Petitioner, | ) | 3:10-cv-0149-RCJ-VPC |
| vs. | ) | |
| | ) | **ORDER** |
| STEPHANIE HUMPHREY, *et al.*, | ) | |
| Respondents. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. On September 3, 2010, petitioner filed a motion to submit supplemental exhibits that he inadvertently omitted when he filed his petition. (ECF No. 17.) Good cause appearing, petitioner's motion is **GRANTED.** The clerk **SHALL DETACH** the exhibits and file them separately as "Supplemental Exhibits to Petition."

Petitioner also moves for a copy of his response to respondents' answer, including all attached exhibits. (ECF No. 18.) Although petitioner is proceeding *in forma pauperis*, he is not entitled to any and all copies that he desires of documents he has filed. *See Anderson v. Gillis*, 236 Fed. Appx. 738, 739 (3d Cir. 2007) (unpublished). However, petitioner may obtain a copy of this document by submitting the appropriate fee to the clerk's office. The clerk **SHALL SEND**

petitioner a letter describing the cost of copies and the anticipated cost of copying his response and exhibits.

    The court advises petitioner that his petition for habeas corpus is fully briefed. The court will address the merits of the petition in due course.

DATED this 26th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE